# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00234-CV

**In re Alan W. Battaglini**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Alan W. Battaglini has filed a petition seeking a writ of mandamus ordering the trial court to "vacate, declare void, and/or expunge from its records, the 'Order' of March 30, 2010 that purported to grant dismissal for want of jurisdiction for cause D-1-GN-10-000325." In the March 30, 2010 order, the district court concluded that the State Bar of Texas is entitled to sovereign, judicial, and statutory immunity and that the suit must be dismissed for want of jurisdiction. The order states that "[t]his judgment finally disposes of all parties and all claims in the entire suit."

Mandamus relief is an extraordinary remedy and is available only in the event of a clear abuse of discretion for which there is no adequate remedy by appeal. *See In re Prudential Ins. Co.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 840-41 (Tex. 1992).

Because Battaglini's petition for writ of mandamus does not demonstrate that the remedy by appeal is not adequate, we dismiss this petition for writ of mandamus.

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed: May 14, 2010